# UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

---

KIMBERLY S. LOPEZ,

    *Plaintiff - Appellant,*

 v.

                                          **CASE NO. 25-2420**

JOAN M. KUBALANZA, et al.,

    *Defendants - Appellees.*

---

## MOTION FOR PRIVELAGES TO FILE ELECTRONICALLY

Plaintiff-Appellant Kimberly S. Lopez, appearing pro se, respectfully moves this Court for leave to file documents electronically through the Court's CM/ECF system in accordance with Circuit Rule 25 and applicable administrative procedures.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff has regular access to a computer and reliable internet connection.

2. Plaintiff is capable of converting documents into PDF format and filing electronically.

3. Granting this motion will improve efficiency and reduce cost for all parties involved.

4. Plaintiff has been granted privileges to file electronically in the lower Court (N.D. Ill., Case Nos. 1:25-cv-00457 and 1:24-cv-13340) and has not had that access revoked.

5. Plaintiff understands that if this motion is granted, she must register for an Appellate Filer account through PACER and comply with all applicable rules of electronic filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file electronically and instruct the Clerk of Court to enable electronic filing privileges in this case.

Dated: August 21, 2025

Respectfully submitted,

/s/ Kimberly S. Lopez

Kimberly S. Lopez, *Pro Se*

1695 Campos Dr.

The Villages, FL 32162

kslopez777@gmail.com

(708) 983-3934