# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 22, 2025

| No. 25-2420 | KIMBERLY S. LOPEZ,<br>        Plaintiff - Appellant<br><br>v.<br><br>JOAN M. KUBALANZA, et al.,<br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-13340<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

On August 13, 2025, the District Court granted the plaintiff's motion to proceed on appeal in forma pauperis. Accordingly,

**IT IS ORDERED** that briefing in this appeal will now proceed as follows:

1. The brief and required short appendix of the appellant are due by September 24, 2025.

2. The briefs of the appellees is due by October 24, 2025.

3. The reply brief of the appellant, if any, is due by November 14, 2025.

Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)